# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

141361 & (68)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

MARGARET L. HALL,
      Plaintiff-Appellant,

v

                                    SC: 141361
                                    COA: 286336

SUSAN E. COHEN,
      Defendant-Appellee.
                                    Oakland CC: 2006-071709-NM
_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

d1115

Clerk